IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMON DIAZ ROSADO

DEBTOR(S)

CASE NO. 18-04887-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 10/03/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $1,019 (PV $1,182)

3. With respect to the attached payment plan:

PLAN DATE: October 30, 2018        PLAN BASE: $8,400.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/13/2018

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] **FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

Section 5.1- Trustee objects provision of pro-rata distribution to unsecured creditors since plan needs to comply with liquidation value at it present value of $1,182.00. Amend section to disclose present value in box #4.

2. [X] **DOMESTIC SUPPORT OBLIGATION:**

• **Recipient(s) data § 1302(b)(6): DSO recipient information is missing**

• **Post-petition payments § 1325(a)(8): From September 2018 until confirmation hearing date. Per Bankruptcy Code, as of the confirmation hearing date, he must file evidence with the court of being current in the DSO payments that became due post-petition. I was shown a statement from the recipient that debtor is current post petition.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910
 **ALEJANDRO OLIVERAS RIVERA**
 Chapter 13 Trustee
 PO Box 9024062, Old San Juan Station
 San Juan PR 00902-4062
 CMC - GB