IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-04887-MCF13 |
| RAMON DIAZ ROSADO | Chapter 13 |
| xx-xx-5489 | |
| Debtor(s) | FILED & ENTERED ON NOV/01/2022 |

ORDER

Debtor's reply to Trustee's Motion for Copy of Tax Return (docket #37) is noted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1 day of November, 2022.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge